JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| QUANHUI ZHANG,<br><br>                    Petitioner,<br><br>     v.<br><br>WARDEN OF ADELANTO ICE<br>PROCESSING CENTER, et al.,<br><br>                    Respondents. | Case No. EDCV 26-3022-AS<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, IT IS ADJUDGED that the Petition is GRANTED IN PART AND DENIED IN PART as follows: (1) the Petition is GRANTED to the extent that Respondents are enjoined from continuing to detain Petitioner Quanhui Zhang (A# 246-598-349) unless he is provided a bond hearing before a neutral decisionmaker at which the government must bear the burden to prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community; and (2) otherwise, the Petition is DENIED.

DATED: June 12, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE